UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS KENNETH TRAMMELL, | Case No. 20-02367 EJD |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

On April 8, 2020, Petitioner, a California prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. On the same day, the Clerk notified Petitioner that he needed to either pay the filing fee or file a complete application for leave to proceed *in forma pauperis* ("IFP") within twenty-eight days from the date of the notice i.e., no later than May 6, 2020, to avoid dismissal. Dkt. No. 2. On May 24, 2020, the Clerk sent a letter to Petitioner with a second IFP application. The deadline has passed, and Petitioner has failed to file an IFP application in the time provided. Rather, Petitioner filed a letter on June 22, 2020, containing a claim for damages for an allegedly unlawful touching. Dkt. No. 4. This letter demonstrates that Petitioner is able to communicate with the Court and yet has failed to respond as directed by the Clerk's notice.

Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: ___7/7/2020___

_____
EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\EJD\HC.20\02367.Trammell_dism-ifp.docx

2