United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS KENNETH TRAMMELL,

             Petitioner,

     v.

PEOPLE OF THE STATE OF
CALIFORNIA,

             Respondent.

Case No. 20-02367 EJD (PR)

**ORDER VACATING ORDER OF
DISMISSAL AND JUDGMENT AND
REOPENING CASE**

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus
pursuant to 28 U.S.C. § 2254.  On April 8, 2020, the Clerk notified Petitioner that he
needed to either pay the filing fee or file a complete application for leave to proceed **in
forma pauperis** ("IFP") within twenty-eight days from the date of the notice i.e., no later
than May 6, 2020, to avoid dismissal.  Dkt. No. 2.  On May 24, 2020, the Clerk sent a
letter to Petitioner with a second IFP application.  Because the deadline passed without an
indication that the fee had been paid, the Court dismissed the instant action on July 7,
2020, for failure to pay the filing fee and entered judgment on the same day.
Dkt. Nos. 5,6.

Order Vacating Dismissal and Judgment
P:\PRO-SE\EJD\HC.20\02367Trammell_reopen.IFP.docx.IFP

1

2

3

     At the time the order was issued, the Court was unaware that Petitioner had filed a complete IFP application on July 6, 2020.  Dkt. No. 7.  Accordingly, in the interest of justice, the Court shall order the matter reopened.

4

5

6

     The Clerk shall vacate the July 7, 2020, Order of Dismissal and Judgment, Dkts. No. 5 and 6, and reopen this case.  The Court will conduct an initial review of the petition in a separate order.

7

**IT IS SO ORDERED.**

8

Dated:  7/9/2020

9

EDWARD J. DAVILA
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2